UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 2:21-cv-10036-RAO    Date: April 7, 2022
Title: Carlos L. Lopez, Sr. et al v. The United States of America, Department of Veterans Affairs et al

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE**

   This action was filed on December 30, 2021 by Carlos L. Lopez, Sr. et al ("Plaintiff) against The United States of America, Department of Veterans Affairs et al ("Defendant"). To date, Plaintiff has not filed a proof of service of the Summons and Complaint. Defendant has not yet appeared in the action.

   The Court, on its own motion, orders Plaintiff to show cause in writing no later than **April 21, 2022** why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. The Court will consider the filing of the proof of service of the Summons and Complaint as an appropriate response to this OSC. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiff does not intend to proceed with this action, Plaintiff may voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage: www.cacd.uscourts.gov.

   **IT IS SO ORDERED.**

                                                                                    :
                                                       Initials of Preparer    dl