JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CARLOS L. LOPEZ, SR., et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. CV 21-10036 MRW

**JUDGMENT**

**FRCP 52**

For the reasons stated in the Court's findings of fact and conclusions of law (FRCP 52), judgment is hereby ENTERED in favor of Defendant United States and against Plaintiffs.

Dated: July 8, 2024

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE